LAW OFFICES OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.594.4474/F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-17-0054-PJH-1 |
| Plaintiff, | **DEFENSE SENTENCING MEMORANDUM** |
| v. | |
| JASON LEE WHITE, | |
| Defendant. | |

**TO: DAVID L. ANDERSON, UNITED STATES ATTORNEY;
CHRISTAAN HIGHSMITH, ASSISTANT UNITED STATES ATTORNEY; AND
AND MALIK RICHARD, UNITED STATES PROBATION**

PLEASE TAKE NOTICE that, on May 13, 2019 at 2:00 P.M., or as soon thereafter as client may be heard, defendant, JASON WHITE by and through his attorney, Erick Guzman, will ask this Court to follow the plea-agreement between the parties and impose a sentence of eighty-four months.

# I

# INTRODUCTION

Mr. Lee pleaded guilty pursuant to a plea-agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to violating one count of 21 U.S.C. §841, and one count of 18 U.S.C. §922(g).  Per the plea-agreement, both parties are requesting a custodial sentence of eighty-four months.  *See* Plea-Agreement at ¶ 8.

# II

# SENTENCING GUIDELINES

The total offense level is 31.  *See* PSR at ¶29.  Mr. White has five criminal history points, which results in a criminal history category of IV.  PSR at ¶40.  Mr. White's presumptive sentencing guideline range is 151 to 188 months.  PSR at ¶71.

# III

# MR. WHITE'S BACKGROUND

Section 3553(a) required the sentencing judge to consider, *inter alia,* the "history and characteristics of the defendant" when determining what is the appropriate sentence.  18 U.S.C. §3553(a)(1).

Mr. White's history, in a word, is sad.  He grew up without even one loving or responsible parent.

> [Mr. White's paternal grandmother Doris Lovett] characterized Mr. White's childhood as 'chaotic and unstable.'  She believes Mr. White's mother abused illegal substances while pregnant. . . . [Ms. Lovett confirmed both of Mr. White's parents previously abused illegal substances and were not good parents.  She admitted Mr. White's father did expose Mr. White to substance as Mr. White's father and other family members abused illegal substances in Mr. White's presence.

PSR at ¶56.

The following excerpts of the pre-sentence report provide insight to the neglect and

chaos that characterize Mr. White's history and upbringing:

> [Mr. White] indicated that at age 5, his mother was convicted in state court and sentenced to state prison . . . . [Mr. White did not visit his mother while in prison]. He reported growing up around prevalent drug usage in the home. . . . 'A lot of my family members were addicted to drugs.; He reported to sleeping on the floor in a small house with limited space. He reported numeruos occassions of attempting to  . . . . witnessing family members and other individuals abusing drugs in his garage. . . .

PSR at ¶50.

> At age 12, Mr. White reported his foster care placement was transferred to Idaho after his mother was released from prison. Mr. White's mother quickly grew frustrated with her new role as the primary care provider. She relapsed on methamphetamine and was 'high all the time.' . . . .[Mr. White] reported a police officer spotted him walking in the snow and transported himto a juvenile shelter. He was placed with a foster family who eventually [attempted] to adopt him. . . . .Unfortunately, his mother refused to sign the child custody paperwork, and he was sent back to Sonoma County juvenile hall for placement recommendations.

PSR at ¶51. Mr. White then, at the age of 14, was placed in various group home settings. PSR at ¶52. He then sustained several juvenile delinquency cases as he gravitated towards negative influences and street gang members.

## IV

## **THIS COURT SHOULD IMPOSE A EIGHTY-FOUR MONTH SENTENCE**

Pursuant to the plea-agreement, Mr. White respectfully requests this Court to impose a sentence of eighty-four months.

## V

## **CONCLUSION**

For the reasons stated above, Mr. White respectfully requests this Court to impose the above-requested sentence.

DATED: May 6, 2019                    Respectfully submitted,


                                      By _____
                                      Erick L. Guzman
                                      Attorney for Mr. White